UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------x
MARK LEYSE, individually and on behalf of all : No. 13-cv-5794 (AJH)
others similarly situated,                    :
                                              :
                          Plaintiff,          : **NOTICE OF MOTION**
                                              :
            - against -                       :
                                              :
LIFETIME ENTERTAINMENT SERVICES, :
LLC,                                          :
                                              :
                          Defendant.          :
---------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Declaration of Sharon L. Schneier, dated January 27, 2016, and all other papers and proceedings heretofore had herein, Defendant Lifetime Entertainment Services, LLC ("Defendant") will move this Court at the United States District Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time designated by the Court, for entry of judgment pursuant to Rule 54 of the Federal Rules of Civil Procedure against Defendant and in favor of Plaintiff Mark Leyse individually, upon the same terms as those set forth in the Offer of Judgment served upon him on January 5, 2016, namely, in the amount of $1,503.00 plus costs, and an injunction barring Defendant from violating 47 U.S.C. §§ 227(b)(1)(B) and 47 C.F.R. § 64.1200(a)(2) with respect to Plaintiff, and, upon entry of said judgment, to dismiss the Complaint as moot.

291242v2

Dated: New York, New York
January 27, 2016

DAVIS WRIGHT TREMAINE LLP

By: /s/ Sharon L. Schneier
    Sharon L. Schneier
    Edward J. Davis
    Eric J. Feder

1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Tel: (212) 489-8230
Fax: (212) 489-8340
Email: sharonschneier@dwt.com
Email: eddavis@dwt.com
Email: ericfeder@dwt.com

*Attorneys for Defendant Lifetime Entertainment Services, LLC*

To: TODD C. BANK,
    ATTORNEY AT LAW, PC
    119-40 Union Turnpike
    Fourth Floor
    Kew Gardens, New York 11415
    (718) 520-7125

*Counsel to Plaintiff*